IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

WILLARD HEAD                                                                                          PLAINTIFF

V.                                                                    CIVIL ACTION NO. 1:16-CV-77-SA-DAS

CITY OF COLUMBUS
LIGHT AND WATER DEPARTMENT                                                              DEFENDANT

ORDER

For all of the reasons fully explained in a separate Memorandum Opinion issued this same day, the Defendant City of Columbus Light and Water Department's Motion for Summary Judgment [35] is GRANTED on all of the Plaintiff's claims. With no remaining issues before this Court, this case is DISMISSED with prejudice. This CASE is CLOSED.

So ORDERED on this the 12th day of September, 2017.

                                                                                                       /s/ Sharion Aycock
                                                                                                     UNITED STATES DISTRICT JUDGE